# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141339(67)

GERALD EDWARDS,
      Plaintiff-Appellee,

v

                                  SC: 141339
                                  COA: 280023
CAPE TO CAIRO, L.L.C.,                Washtenaw CC: 06-000782-AV
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's October 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

YOUNG, C.J., would grant the motion for reconsideration.

MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would reverse the judgment of the Court of Appeals for the reasons set forth in his dissenting statement in this case, 488 Mich 921 (2010).

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011 _____

_____
Clerk

d0228